IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA SEASE,

        Plaintiff,

vs.                                          Civ. No. 00-1769 JP/WWD ACE

SAN JUAN COUNTY, et al.,

        Defendants.

MEMORANDUM OPINION AND ORDER

        This matter comes before the Court upon the Agreed Motion for Extension of Case Management Deadlines [docket no. 20] filed June 21, 2001.  The motion seeks to restructure the pretrial schedule in this cause.  It is not necessary to go into all the discussion justifying the motion except to point out that a settlement conference before the Honorable Richard L. Puglisi is being sought in mid-July.  While the motion may be well taken, it is premature at this time; particularly since it would necessitate vacating the present January 7, 2002, trial setting.  The question of rescheduling will be considered after the settlement conference, if necessary.

        **WHEREFORE,**

        **IT IS ORDERED** that the Agreed Motion for Extension of Case Management Deadlines [docket no. 20] be, and it is hereby, DENIED.

                                                                                 UNITED STATES MAGISTRATE JUDGE